UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 2:07-0148-WBS |
| v. | ) | |
| | ) | |
| BRIAN SCOTT TRAYNOR, | ) | |

**FILED**

MAY 10 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum      () Ad Testificandum

Name of Detainee:      BRIAN SCOTT TRAYNOR
Detained at (custodian): Rio Consumnes Correctional Center

Detainee is:      a.)      (X) charged in this district by: (X) Indictment () Information (X) Complaint
                              charging detainee with: 18 U.S.C. § 2113(a), 841(a)(1)
           or      b.)      () a witness not otherwise available by ordinary process of the Court

Detainee will:      a.)      (X) return to the custody of detaining facility upon termination of proceedings
           or      b.)      () be retained in federal custody until final disposition of federal charges, as a sentence is
                              currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: _____  5/10/07
Printed Name & Phone No:  MICHELLE RODRIGUEZ, Tel: 916-554-2700
Attorney of Record for:  United States of America

## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum      () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: May 10, 2007

_____
GREGORY G. HOLLOWS
United States District/Magistrate Judge

---

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | TRAYNER, Brian | Male |
| Booking or CDC #: | CII: A08278695 | DOB: 08/23/1965 |
| Facility Address: | Rio Consumnes Correctional Center | Race: W |
| | | FBI #: 920127FAO |
| Facility Phone: | | |
| Currently Incarcerated For: | parole violations | |

### RETURN OF SERVICE

Executed on _____ By: _____
                                                              (Signature)