DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRIAN SCOTT TRAYNOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-07-148 WBS |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| BRIAN SCOTT TRAYNOR, | |
| Defendant. | Date:  June 18, 2007<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

    Brian Scott Traynor, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Michelle Rodriguez, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference date of June 11, 2007, and set a new Status Conference on June 18, 2007 at 8:30 a.m..

    The defense has not completed its review of the discovery in this case. In addition, the defense has ordered but not yet received a certified copy of the defendant's criminal record, which is necessary to calculate pertinent sentencing guidelines.  The defense cannot proceed meaningfully until defense counsel has reviewed the discovery

1 with the defendant and studied his criminal record.

2      Therefore, IT IS STIPULATED between the parties that the time
3 period between the signing of this Order up to and including June 18,
4 2007, be excluded in computing the time within which trial must
5 commence under the Speedy Trial Act, pursuant to 18 U.S.C. §
6 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of
7 counsel.

8 Dated:  June 6, 2007

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Attorney for Defendant
                                        BRIAN SCOTT TRAYNOR


15 Dated:  June 6, 2007
                                        MCGREGOR W. SCOTT
                                        U.S. Attorney

                                        s/ Michelle Rodriguez
                                        _____
                                        MICHELLE RODRIGUEZ
                                        Assistant U.S. Attorney


20                           O R D E R

21 IT IS SO ORDERED.

22 Dated:  June 6, 2007

                          _____
                          WILLIAM B. SHUBB
                          UNITED STATES DISTRICT JUDGE

Stipulation & Order/Traynor              -2-