```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  BRIAN SCOTT TRAYNOR
 7
 8                   IN THE UNITED STATES DISTRICT COURT
 9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )  No. CR-S-07-148 WBS
                                   )
12              Plaintiff,         )
                                   )  STIPULATION AND ORDER TO CONTINUE
13       v.                        )  STATUS CONFERENCE
                                   )
14  BRIAN SCOTT TRAYNOR,           )
                                   )  Date:  July 30, 2007
15              Defendant.         )  Time:  8:30 a.m.
                                   )  Judge: Hon. William B. Shubb
16                                 )
17  _____
```

18       Brian Scott Traynor, by and through his counsel, Caro Marks,
19  Assistant Federal Defender, and the United States Government, by and
20  through its counsel, Laura Ferris, (standing in for Michelle
21  Rodriguez), Assistant United States Attorney, hereby stipulate and
22  agree to vacate the previously scheduled Status Conference hearing date
23  of July 9, 2007, and set a new Status Conference on July 30, 2007 at
24  8:30 a.m..
25       This continuance will allow defense counsel time to calculate the
26  defendant's sentencing guidelines and to review them with the
27  defendant, who is detained at Rio Consumnes Correctional Center in Elk
28  Grove, Ca.  The defendant has also requested counsel to order documents

1  (a PSR) relating to one of his prior convictions; this has been done,
2  and a continuance is necessary for counsel to receive and review the
3  PSR.
4      Therefore, IT IS STIPULATED between the parties that the time
5  period between the signing of this Order up to and including July 30,
6  2007, be excluded in computing the time within which trial must
7  commence under the Speedy Trial Act, pursuant to 18 U.S.C. §
8  3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of
9  counsel.
10 Dated:  July 6, 2007

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender


                                      /s/ Caro Marks
                                      _____
                                      CARO MARKS
                                      Attorney for Defendant
                                      BRIAN SCOTT TRAYNOR

17 Dated:  July 6, 2007
                                      MCGREGOR W. SCOTT
                                      U.S. Attorney

                                      s/ Laura Ferris
                                      _____
                                      LAURA FERRIS
                                      Assistant U.S. Attorney

                          **O R D E R**

23 IT IS SO ORDERED.
24 Dated:  July 6, 2007

                          _____
                          WILLIAM B. SHUBB
                          UNITED STATES DISTRICT JUDGE

Stipulation & Order/Traynor           -2-