DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRIAN SCOTT TRAYNOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>BRIAN SCOTT TRAYNOR,<br><br>            Defendant. | No. Cr-S-07-148 WBS<br><br>NOTICE OF HEARING<br><br>Date:  January 28, 2008<br>Time:  8:30 a.m.<br>Judge: William B. Shubb |

The current presentence report schedule and judgment and sentencing date of January 28, 2008 is vacated and a new J&S date of March 31, 2008 is hereby set.  Below is the new PSR schedule.

```
    Written objections due:      March 10, 2008
    PSR to be filed w/court:     March 17, 2008
    Motion for correction due:   March 24, 2008
    J&S:                         March 31, 2008
```

///

///

///

///

///

///

1      All parties including the courtroom clerk have been notified and
2 are in agreement to this continuance.

4 Dated: January 23, 2008                    Respectfully submitted,

                                             DANIEL BRODERICK
                                             Federal Defender

                                             /s/ Caro Marks
                                             _____
                                             CARO MARKS
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             BRIAN SCOTT TRAYNOR


12      IT IS SO ORDERED.

                    _____
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE

January 24, 2008

2