UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

          Plaintiff,

   v.

BRIAN SCOTT TRAYNOR,

          Defendant.

NO. CR. S-07-148 WBS

ORDER

----oo0oo----

      Brian Scott Traynor has filed an "Application to Proceed without Prepayment of Fees." The file in this case was closed when the final judgment was entered on April 9, 2008. Consistent with Traynor's written plea agreement in which he waived his rights to appeal or collaterally attack his conviction or sentence, there is no appeal or motion to set aside his conviction or sentence pending. Accordingly, there is nothing before the court with which would require the payment of any fees.

      The application is therefore DENIED, without prejudice to its being renewed if and when a matter requiring the payment

1

1 | of fees is properly pending before this court.
2 | DATED:    July 22, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE